**From:** Gaglia, John - NH [John.Gaglia@GMACM.COM]
**Sent:** Thursday, October 02, 2008 9:06 AM
**To:** jgaglia@schaefermortgage.com
**Subject:** FW: Database

---

**From:** TBeaudoin@aol.com [TBeaudoin@aol.com]
**Sent:** Monday, September 22, 2008 8:24 AM
**To:** Gaglia, John - NH
**Subject:** Database

Here is the complete list of cust we are sending out using existing GMAC letterhead and envelopes.

---

Looking for simple solutions to your real-life financial challenges? Check out WalletPop for the latest news and information, tips and calculators.