| | |
|---|---|
| From: | Gaglia, John - NH [John.Gaglia@GMACM.COM] |
| Sent: | Thursday, October 02, 2008 9:06 AM |
| To: | jgaglia@schaefermortgage.com |
| Subject: | FW: Letters |
| Attachments: | ARM Letter 1.doc; Govt ARM.doc |

**From:** TBeaudoin@aol.com [TBeaudoin@aol.com]
**Sent:** Monday, September 22, 2008 8:22 AM
**To:** Gaglia, John - NH
**Subject:** Letters

These are the 2 letters we are going to merge into.

Looking for simple solutions to your real-life financial challenges? <u>Check out WalletPop for the latest news and information, tips and calculators</u>.