# GMAC Mortgage

REDACTED

October 1, 2008

Nashua, NH

Account #

Dear Mr.

Though you may not yet be aware, GMAC Mortgage LLC has decided to restructure its Residential Lending Operations. Plainly speaking, they have shutdown all of their local offices throughout the entire country.

That being said, as your past Mortgage Officer, I wanted to take a moment and thank you personally for your business and assure you that I will still be here to assist you with any home financing needs you may have.

The past 16 years in the Mortgage industry have brought me great pride and satisfaction in my ability to help thousands of people attain not only the dream of home ownership but assist in refinancing those that needed it. I cannot imagine a more fulfilling occupation.

That is why I am pleased to announce that I, along with many of my co-workers, have decided to join the team at Schaefer Mortgage Corporation.

Schaefer Mortgage Corp. is a locally owned and privately held company with national resources that has been in business for 23 years. With the use of the latest technology, in-house underwriting, processing and closing I can continue to offer you the same excellent and personal service that you have come to expect and deserve.

Also, with our current rates under **6.00%** for many programs, please call me directly at my new toll free number (888)-508-2008 if you are interested in refinancing. I may be able to help you get to a lower fixed rate with lower closing costs than ever before.

Once again, thank you for your past business and I am looking forward to working with you or your family again in the future.

Sincerely,

*Tim Beaudoin*

Tim Beaudoin
Refinance Specialist