U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2008 OCT 20 P 4:56

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**GMAC Mortgage, LLC**

    v.                                        Case No. 08-cv-428-PB

**Schaefer Mortgage Corp., et al.**

## O R D E R

The Clerk shall set a hearing on the Motion for Preliminary Injunction after a response has been received. If plaintiff requires emergency relief, it should seek a Temporary Restraining Order.

SO ORDERED.

                                              /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

October 20, 2008

cc:  Counsel of Record