UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| GMAC Mortgage, LLC (f/k/a GMAC Mortgage Corporation),<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Schaefer Mortgage Corporation, Timothy Amsden, Tim Beaudoin, Rich Boisvert, John Gaglia, Denise Johnson, Jake Pelletier, and Sam Pirri<br><br>　　　　　　　　Defendants. | Civil Action No.  08-CV-428 |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO TIMOTHY AMSDEN, RICH BOISVERT, DENISE JOHNSON, JAKE PELLETIER AND SAM PIRRI ONLY

　　Pursuant to Fed. R. Civ. P. 41, all parties in the above-captioned matter hereby stipulate and agree that all claims asserted in this action by GMAC Mortgage, LLC against individual defendants Timothy Amsden, Rich Boisvert, Denise Johnson, Jake Pelletier and Sam Pirri only shall be dismissed without prejudice and without costs to GMAC Mortgage, LLC, Timothy Amsden, Rich Boisvert, Denise Johnson, Jake Pelletier and Sam Pirri.  For purposes of clarity, all parties acknowledge that GMAC Mortgage LLC's claims against Schaefer Mortgage Corporation, Tim Beaudoin and John Gaglia are not affected by this Stipulation of Dismissal.

　　[The remainder of this page is left blank intentionally.]

Respectfully submitted,
GMAC MORTGAGE, LLC
By its attorneys,

/s/ Robert G. Young_____
John A. Houlihan (N.H. Bar No. 9442)
Robert G. Young (Mass. BBO #650541)
(admitted *pro hac vice*)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
617.239.0100
jhoulihan@eapdlaw.com
ryoung@eapdlaw.com

SCHAEFER MORTGAGE CORPORATION
By its attorney,

/s/ Marc McDonald_____
Marc McDonald (N.H. Bar No. 1666)
KAZAN, SHAUGNESSY, KASTEN & MCDONALD
746 Chestnut Street
Manchester, NH 03104
(603) 644-4357

TIMOTHY AMSDEN, RICH BOISVERT,
JOHN GAGLIA, JAKE PELLETIER and
SAM PIRRI
By their attorneys,

/s/ James D. Rosenberg_____
James D. Rosenberg (N.H. Bar No. 14790)
William E. Christie (N.H. Bar No. 11255)
SHAHEEN & GORDON, P.A.
107 Storrs Street, P.O. Box 2703
Concord, NH 03302
(603) 225-7262
jrosenberg@shaheengordon.com
wchristie@shaheengordon.com

TIMOTHY BEAUDOIN
By his attorney,

/s/ Brian M. Quirk_____
Brian M. Quirk (N.H. Bar No. 12526)
PRETI FLAHERTY, PLLP
57 North Main Street, P.O. Box 1318
Concord, NH 03302
(603) 410-1500
bquirk@preti.com

DENISE JOHNSON
By her attorney,

/s/ Charles J. Keefe_____
Charles J. Keefe (N.H. Bar No. 14209)
WILSON, BUSH, DURKIN & KEEFE
184 Main Street, Suite 222
Nashua, NH 03060
(603) 595-0007
keefe@wbdklaw.com

Dated: December 22, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 22, 2008.  To non-registered participants, this document will be served via overnight mail.

    /s/ Robert G. Young