UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


GMAC Mortgage, LLC

      v.                                      Civil No. 08-cv-428-PB

Schaefer Mortgage Corporation, et al


**J U D G M E N T**


In accordance with Order dated December 23, 2008 by Judge Paul Barbadoro approving and adopting the Stipulation and Injunction dated December 22, 2008, and the Stipulation of Dismissal dated December 22, 2008, judgment is hereby entered.


                                                        By the Court,

                                                        */s/ James R. Starr*
                                                        James R. Starr, Clerk

February 19, 2009

cc:     Counsel of Record